IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC., and SPECIALISED PETROLEUM SERVICES GROUP LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BAKER HUGHES INC.,<br><br>Defendant. | § § § § § § § § § § § § § § § | Case No. 4:12-cv-3573<br><br>JURY TRIAL REQUESTED |

### **Defendant Baker Hughes Incorporated's Rule 7.1 Corporate Disclosure**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Baker Hughes Incorporated makes the following disclosure:

1. The parent companies of the corporation: None

2. Any publicly held company that owns 10% or more of the corporation: None

Dated: January 10, 2013

Respectfully submitted,

By: /s/ Glenn A. Ballard, Jr.
    Glenn A. Ballard, Jr.,
    Attorney-in-Charge
    State Bar No. 01650200
    So. Dist. Bar No. 825
    John H. Barr, Jr.
    State Bar No. 00783605
    So. Dist. Bar No. 15407
    Warren W. Harris
    State Bar No. 09108080
    So. Dist. Bar No. 11318

Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile

**ATTORNEYS FOR DEFENDANT,
BAKER HUGHES INCORPORATED**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on the 10th day of January, 2013.

*/s/ John H. Barr, Jr.*
